859 F.2d 920
 Carillo Barraza (Jesus), Pruitt (Robert III), Cantu (Jose
Luis), Aguilar (Johnny), Garcia (Santos), Hernandez-Molina
(Anselmo), Barnett (Samuel Earl), Losoya (Carlos), Jones
(Milton F.), Muniz (Saul), Vera (Julian), Chavira (Delfino),
Cantu (Gilberto), Rodriguez (Juan Antonio)
 NOS. 86-2912, 86-5505
 United States Court of Appeals,
Fifth Circuit.
 SEP 26, 1988
 W.D.Tex., 853 F.2d 288
 
 1
 DENIALS OF REHEARING EN BANC.